# IN THE UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

1. TRISTAN STAND, an individual,

    Plaintiff,

v.

2. TRIBAL FIRST, A Specialized Program of ALLIANT SPECIALTY INSURANCE SERVICES, INC.,

    Defendant.

Case No. 2017-CV-00129-CVE-TLW

## HUDSON INSURANCE COMPANY'S
## MOTION TO BE SUBSTITUTED AS DEFENDANT

As noted in the Joint Status Report (Dkt. #11), Hudson Insurance Company is the insurer on the policy at issue in this case and is willing to be substituted as the Defendant, and Plaintiff agrees to the substitution. Hudson Insurance Company therefore moves to be substituted as the Defendant in this case. A form of order is submitted herewith.

Respectfully submitted,

/s/ John Henry Rule
John Henry Rule, OBA No. 7824
Justin A. Lollman, OBA No. 32051
**GABLEGOTWALS**
1100 ONEOK Plaza
100 W. Fifth Street
Tulsa, OK  74103-4217
(918) 595-4800
(918) 595-4990 (fax)
*jrule@gablelaw.com*
*jlollman@gablelaw.com*

***Attorneys for Defendant Tribal First***

{1617397;}

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 16, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

G. Steven Stidham
Evan M. McLemore

             /s/ John Henry Rule
             John Henry Rule